UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CENTER CAPITAL CORPORATION, )
)
Plaintiff, )
) Case No.
v. )
)
AERO REALTY TRUST and JEFFREY S. )
GOLDBERG, Individually and as Trustee of )
Aero Realty Trust )
)
Defendants )

## AFFIDAVIT OF CRAIG ENRIGHT

The affiant, being first duly sworn, states the following:

1. I am the Vice President, Asset Management at Center Capital Corporation ("CENTER CAPITAL"), which is suing Aero Realty Trust ("AERO REALTY") and Jeffrey S. Goldberg ("GOLDBERG") in the above captioned matter. In my capacity as Vice President of Asset Management at CENTER CAPITAL, I am in charge of supervising and handling all aspects of the contracts between CENTER CAPITAL and AERO REALTY and GOLDBERG.

2. I am competent to testify as to matters set forth in this affidavit based upon my personal knowledge of such matters and if called to testify in this action, I would testify that all statements set forth in this affidavit are true and correct. I have either personal knowledge of all events recorded within the records of CENTER CAPITAL regarding CENTER CAPITAL and AERO REALTY and GOLDBERG, or I am qualified and authorized to testify about the methods and processes used by CENTER CAPITAL to collect and record the information and data contained

within CENTER CAPITAL's files regarding all events set forth in the Complaint which CENTER CAPITAL filed in this matter.

3. I have access to all of CENTER CAPITAL's files and records concerning CENTER CAPITAL and AERO REALTY and GOLDBERG, and have personal knowledge of the contents therein.

4. Information recorded and documents collected in CENTER CAPITAL's files are recorded and collected as part of the regular practice of CENTER CAPITAL's business, are made in the regular course of its regular business activities, and are compiled by its employees at or near the time of transmission of that information by an employee who has personal knowledge of the transmitted fact.

5. In preparation of this affidavit, I have reviewed all of CENTER CAPITAL's business records as they relate to all transactions concerning the contracts which are the subject matter of the complaint filed in this case.

6. I know CENTER CAPITAL's business custom and practice as it relates to a recording of payments to the accounts of its customers. CENTER CAPITAL records receipt of payments in a computer system. Each time CENTER CAPITAL receives a payment from a customer, the payment is always recorded in CENTER CAPITAL's computer records relating to the corresponding account, by a person whose job responsibility it is to record such payments at the time such payments are made. I have access to CENTER CAPITAL's payment records which are kept in the normal and ordinary course of CENTER CAPITAL's business. It is the regular act of CENTER CAPITAL to regularly record payments at or near the time made. I have reviewed all of the payment records relating to the contracts which are the subject matter of the Complaint. All payments received by CENTER CAPITAL on the contracts attached to the Complaint were applied as required.

7.  AERO PLASTICS defaulted under Equipment Schedule No. 2 by its failure to make payment in the amount of $12,212.42 due on January 1, 2005 and all payments due thereafter under Equipment Schedule No. 2. The present value of the 50 payments to become due after the January 1, 2005 payments is $719,768.66 using a discount rate of 3%. Thus, the total discounted balance due is $731,981.08.

8.  Miscellaneous repossession expenses are $300.00.

9.  Late charges are $625.00.

10. I have reviewed the allegations of the Complaint and Exhibits thereto, and I find same to be true and correct.

FURTHER AFFIANT SAYETH NAUGHT

_____
Craig Enright

SUBSCRIBED and SWORN TO BEFORE ME

this ___2nd___ day of ___February___, 2005.

_____
Notary Public

Linel Noble
Notary Public
My Commission Expires July 31, 2006

**AERO PLASTICS, INC**
Date of Acceleration                01/06/05

Schedule 091          As Amended
Payment Amount:                   $12,212.42
                                  $165,915.00 FMV Option
Payments Remaining:                      51
Per Diem:                            $360.97

| | | | |
|---|---|---|---|
| $12,212.42 | (1) Payments Due (1/1/05) | | |
| $719,768.66 | 50 Payments @ 3% Discount Rate | | |
| $731,981.08 | Discounted Balance | | |
| $300.00 | Misc. Repo Expenses | | |
| $625.62 | Late Charges | | |
| $925.62 | Total Misc. Charges | | |
| $8,663.44 | Interest accrued: | 1/6/05 - 1/30/05 = 24 days | |
| $741,570.14 | Total Due at 6/10/04 | Per Diem: | $360.97 |
| | Equipment Sale Proceeds | | |
| $741,570.14 | Total Due at 1/30/05 | Per Diem: | $360.97 |
| $0.00 | | | |
| $0.00 | Total Due at | | |

$741,570.14  Accelerated Balance Transferred to Workout Application
   $360.97  Per Diem Amount Transferred to Workout Application