UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -3  P 3: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

CENTER CAPITAL CORPORATION      )
                                )   05   10219 DPW
Plaintiff,                      )
                                )   Case No.
v.                              )
                                )
AERO REALTY TRUST and JEFFREY S.)
GOLDBERG, Individually and as Trustee of )
Aero Realty Trust               )
                                )
Defendants                      )

## MOTION FOR ISSUANCE OF PRE-JUDGMENT WRITS OF ATTACHMENT

NOW COMES Plaintiff CENTER CAPITAL CORPORATION ("CENTER CAPITAL"), by and through its attorneys, and for its Motion for Issuance of Writs of Attachment, states as follows:

1. Attached hereto is a Complaint setting forth an amount due and owing by Aero Realty Trust and Jeffery S. Goldberg of at least $731,981.08. Aero Realty Trust and Jeffrey S. Goldberg personally guaranteed a loan by CENTER CAPITAL to Aero Plastics, Inc. Aero Plastics, Inc. filed bankruptcy on January 6, 2005 in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division as Case No. 05-60451-MHM. By the terms of the loan agreement, any such filing for bankruptcy, as well as Aero Plastic's failure to make payments under the terms of the loan, constitute events of default, resulting in the acceleration of the entire debt and triggering the defendants' obligations to pay under the guarantees. The attached Affidavit of Craig Enright verifies the default, summarizes the amounts due and owing, and verifies the contents of the Complaint.

2. As set forth in the Complaint and Affidavit, there is a reasonable likelihood that the Plaintiff will recover judgment, including interest and costs in an amount equal to or greater than $731,981.08. Furthermore, no liability insurance is known to exist to satisfy the judgment.

3. Attached hereto are proposed Writs of Attachment for execution by this Honorable Court.

WHEREFORE, CENTER CAPITAL CORPORATION respectfully prays that Writs of Attachment be issued against all the trust property of Aero Realty Trust, as well as all realty standing in the name of Jeffrey S. Goldberg, wherever found within the Commonwealth of Massachusetts.

Respectfully submitted,

CENTER CAPITAL CORPORATION,
By its attorneys,
NELSON, KINDER, MOSSEAU
& SATURLEY,

By: _____
Frank W. Beckstein III
BBO # 035280
45 Milk St., 7th Floor
Boston, MA 02109

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Center Capital Corporation
_____,
Plaintiff(s)

V.

Aero Realty Trust and Jeffrey S.
Goldberg, Individually and as Trustee of
Aero Realty Trust
_____,
Defendant(s)

05 10219 DPW
CIVIL ACTION NO.

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to <u>Suvalle, Jodrey & Associates</u>, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on February 3, 2005, in which the Plaintiff(s) is/are <u>Center Capital Corporation</u> of <u>Farmington, CT</u> whose attorney is <u>Frank W. Beckstein III</u> of <u>Nelson, Kinder, Mosseau & Saturley, PC, 45 Milk Street, 7th Floor, Boston, MA 02109</u>, and the defendant(s) are <u>Aero Realty Trust</u>, of <u>Leominster, MA and Jeffrey S. Goldberg of Newton, MA</u>, we command you to attach the real estate and/or personal property of the Defendant(s) <u>Aero Realty Trust</u> in accordance with the following directions and/or limitations (if any): <u>Any and all realty standing in the name of the Trust, wherever found in the Commonwealth of Massachusetts</u> to the value of $_____, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on _____ by _____ in the amount of $_____.

Dated at <u>Boston</u> this ___ day of <u>February, 2005</u>.

SEAL

TONY ANASTAS,
CLERK OF COURT

By:
Deputy Clerk

(Attachment.wpd - 2/2000)

[writatt.]