UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 16  P 3: 14

U.S. DISTRICT COURT
DISTRICT OF MASS

CENTER CAPITAL CORPORATION,

    Plaintiff,

v.

AERO REALTY TRUST and
JEFFREY S. GOLDBERG, Individually and as
Trustee of Aero Realty Trust,

    Defendants.

Civil Action
No. 05-CV-10219-DPW

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of Joseph P. Mingolla on behalf of defendants in the above-captioned action.

AERO REALTY TRUST and
JEFFREY S. GOLDBERG, Individually and as
Trustee of Aero Realty Trust

By their attorneys,

*/s/ Joseph P. Mingolla*
Joseph P. Mingolla (BBO# 631287)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

February 15, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by first-class mail on February 15, 2005.

*/s/ Joseph P. Mingolla*