%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Center Capital Corporation,
    Plaintiff,

V.

Aero Realty Trust and Jeffrey S.
Goldberg, Individually and as Trustee
of Aero Realty Trust,

    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 10219 DPW

FILED
CLERKS OFFICE
2005 FEB 24 P 1:59
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of Defendant) Jeffrey S. Goldberg, Individually and as Trustee of Aero Realty Trust, 20 Montrose Street Newton, MA 02458

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Frank W. Beckstein, III, Esquire, Nelson Kinder Mosseau & Saturley, PC, 45 Milk Street, Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                     DATE  FEB - 3 2005

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | February 04, 2005 |
| NAME OF SERVER **BRIAN DOYLE** | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
**20 MONTROSE STREET, NEWTON** , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

Said service was made at: _____, MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____
Duly Authorized Agent for the within-named _____
Said service was made at:
_____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE $ | 50.00 | Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __February 04, 2005__
Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

Date    Time    Remarks                                                                                      FEE
ALSO SERVED: MOTION FOR ISSUANCE OF PRE-JUDGMENT WRITS OF ATTACHMENTS; AND      $ _____
COMPLAINT FOR MONEY DAMAGES.                                                                       $ _____
                                                                                                                       $ _____
                                                                                                                       $ _____
                                                                                                                       $ _____
                                                                                                                       $ _____
                                                                                                      TOTAL    $ _____

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**        **One Devonshire Place**        Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   **Boston, MA 02109**           Fax #          (617) 720-5737