UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR -3 P 3:01

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| CENTER CAPITAL CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 05-CV-10219-DPW |
| AERO REALTY TRUST and JEFFREY S. GOLDBERG, Individually and as Trustee of Aero Realty Trust | ) ) ) ) |
| Defendant. | ) ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please withdraw my appearance as counsel in this case for the plaintiff, Center Capital Corporation.

Respectfully submitted,

_Frank W. Beckstein / PBY_
Frank W. Beckstein III, BBO #035280
NELSON, KINDER, MOSSEAU &
SATURLEY, P.C.
45 Milk Street 7th Floor
Boston, MA 02109
(617) 778-7501

### CERTIFICATE OF SERVICE

I, Frank W. Beckstein III, hereby certify that this ___1___ day of March, 2005, copies of the foregoing document were served by first class mail to the attorney of record for each other party.

_Frank W. Beckstein / PBY_
Frank W. Beckstein III