UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTER CAPITAL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-CV-10219-DPW |
| | ) |
| AERO REALTY TRUST and JEFFREY S. GOLDBERG, Individually and as Trustee of Aero Realty Trust | ) ) ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as counsel in this case for the plaintiff, Center Capital Corporation.

I certify that I am admitted to practice in this court.

Respectfully submitted,

_____
Kenneth E. Rubinstein, BBO #641226
NELSON, KINDER, MOSSEAU &
SATURLEY, P.C.
99 Middle Street
Manchester, NH 03102
(603) 647-1800

### CERTIFICATE OF SERVICE

I, Kenneth E. Rubinstein, hereby certify that this ___1___ day of March, 2005, copies of the foregoing document were served by first class mail to the attorney of record for each other party.

_____
Kenneth E. Rubinstein