# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Center Capital Corporation,
          Plaintiff(s)

V.

Civil Action No. 05-10219-DPW

Aero Realty Trust and Jeffrey S. Goldberg,
Individually and as Trustee of Aero Realty Trust
          Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to **Sheriff of Worcester and Middlesex Counties**, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on **February 03, 2005**, in which the Plaintiff(s) is/are **Center Capital Corporation**, of **Farmington, CT** whose attorney is **Frank W. Beckstein III** of **Nelson, Kinder, Mosseau & Saturley, PC., 45 Milk Street, 7th Floor, Boston, MA 02109**, and the defendant(s) is/are **Aero Realty Trust**, of **Leominster, MA and Jeffrey S. Goldberg of Newton, MA**, we command you to attach the real estate and/or personal property of the Defendant(s) **Aero Realty Trust** in accordance with the following directions and/or limitations (if any): **Any and all realty standing in the name of Aero Realty Trust, wherever found in the Commonwealth of Massachusetts** to the value of $ **731,981.08**, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on **March 10, 2005** by **U.S.M.J. Judith Gail Dein** in the amount of $ **731981.08**.

Dated at **Boston** this **10th** day of **March**.

SEAL

                                  SARAH A. THORNTON
                                  CLERK OF COURT

                                  By: _____
                                  Deputy Clerk