UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CENTER CAPITAL CORPORATION,

        Plaintiff,

v.

AERO REALTY TRUST and
JEFFREY S. GOLDBERG, Individually and as
Trustee of Aero Realty Trust,

        Defendants.

Civil Action
No. 05-CV-10219-DPW

## ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants in the above-captioned matter respectfully move for an enlargement of time, up to and including April 15, 2005, in which to answer, move or otherwise respond to the Complaint. Plaintiff assents to this Motion. As grounds therefor, Defendants state that three separate actions (in addition to the instant action, two have been filed in Massachusetts Superior Court) against one or more of the Defendants within days of each other and that additional time is required to investigate the same.

WHEREFORE, Defendants request that they be granted an enlargement of time, up to and including April 15, 2005, in which to respond to the Complaint.

AERO REALTY TRUST and
JEFFREY S. GOLDBERG, Individually and as
Trustee of Aero Realty Trust

By their attorneys,

*Joseph P. Mingolla*

Joseph P. Mingolla (BBO# 631287)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

March 23, 2005

### Local Rule 7.1(A)(2) Certification

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred telephonically with Kenneth T. Rubinstein, counsel for Plaintiff, regarding this motion and that Plaintiff assents thereto.

*Joseph P. Mingolla*

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by first-class mail on March 23, 2005.

*Joseph P. Mingolla*