UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTER CAPITAL CORPORATION,<br><br>                      Plaintiff,<br><br>v.<br><br>AERO REALTY TRUST and<br>JEFFREY S. GOLDBERG, Individually and as<br>Trustee of Aero Realty Trust,<br><br>                      Defendants. | Civil Action<br>No. 05-CV-10219-DPW |

## ASSENTED-TO MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants in the above-captioned matter respectfully move for a second enlargement of time, up to and including April 29, 2005, in which to answer, move or otherwise respond to the Complaint. As grounds therefor, Defendants state as follows:

1. A hearing pertaining to the same agreements that are at issue in the instant matter has been rescheduled for April 22, 2005 in the United States Bankruptcy Court for the Northern District of Georgia.[1]

2. The April 22 hearing, part of the ongoing bankruptcy proceedings of non-party Aero Plastics, Inc. – identified in paragraph 4 of plaintiff's complaint – is expected to produce a ruling with respect to the proposed assumption (pursuant to Section 365 of the Bankruptcy Code) of the leases that form the basis of plaintiff's claims.

---

[1] The hearing had originally been scheduled to take place on April 4, thereby prompting Defendants' earlier motion for an enlargement of time – until April 15 – to respond (which motion was allowed). In view of the rescheduled hearing date, Defendants respectfully file the instant motion for a second

3.  Awaiting the results of the April 22 Bankruptcy Court hearing will avoid the needless expenditure of resources on the part of the litigants and this Court.

4.  Plaintiff assents to this Motion.

WHEREFORE, Defendants request that they be granted an enlargement of time, up to and including April 29, 2005, in which to respond to the Complaint.

>AERO REALTY TRUST and
>JEFFREY S. GOLDBERG, Individually and as
>Trustee of Aero Realty Trust
>
>By their attorneys,
>
>_/s/ Joseph P. Mingolla_
>Joseph P. Mingolla (BBO# 631287)
>PALMER & DODGE LLP
>111 Huntington Avenue
>Boston, MA 02199
>(617) 239-0100

April 5, 2005

### Local Rule 7.1(A)(2) Certification

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred telephonically with Kenneth T. Rubinstein, counsel for Plaintiff, regarding this motion and that Plaintiff assents thereto.

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by first-class mail on April 5, 2005.

_/s/ Joseph P. Mingolla_

enlargement of time.