UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CENTER CAPITAL CORPORATION,

                    Plaintiff,

v.

AERO REALTY TRUST and
JEFFREY S. GOLDBERG, Individually and as
Trustee of Aero Realty Trust,

                    Defendants.

Civil Action
No. 05-CV-10219-DPW

---

## ASSENTED-TO MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants in the above-captioned matter respectfully move for an enlargement of time, up to and including May 13, 2005, in which to answer, move or otherwise respond to the Complaint. As grounds therefor, Defendants state as follows:

1. An additional hearing pertaining to the same agreements that are at issue in the instant matter has been rescheduled for May 9, 2005 in the United States Bankruptcy Court for the Northern District of Georgia.[1]

2. The additional hearing, part of the ongoing bankruptcy proceedings of non-party Aero Plastics, Inc. – identified in paragraph 4 of plaintiff's complaint – are expected to produce a

---

[1] The hearing had originally been scheduled to take place on April 4, thereby prompting Defendants' first motion for an enlargement of time to respond (which motion was allowed). A second enlargement of time was granted (to April 29) after the Bankruptcy Court scheduled another hearing pertaining to the agreements. Counsel for defendants has been informed that an additional hearing pertaining to the agreement has been scheduled for May 9, 2005, thereby prompting the instant motion for an additional enlargement of time.

ruling with respect to the proposed assumption (pursuant to Section 365 of the Bankruptcy Code) of the leases that form the basis of plaintiff's claims.

3. Awaiting the results of the additional Bankruptcy Court hearings will avoid the needless expenditure of resources on the part of the litigants and this Court.

4. Plaintiff assents to this Motion.

WHEREFORE, Defendants request that they be granted an enlargement of time, up to and including May 13, 2005, in which to respond to the Complaint.

> AERO REALTY TRUST and
> JEFFREY S. GOLDBERG, Individually and as
> Trustee of Aero Realty Trust
>
> By their attorneys,
>
> _Joseph P. Mingolla_
> Joseph P. Mingolla (BBO# 631287)
> PALMER & DODGE LLP
> 111 Huntington Avenue
> Boston, MA 02199
> (617) 239-0100

April 29, 2005

### Local Rule 7.1(A)(2) Certification

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred telephonically with Kenneth T. Rubinstein, counsel for Plaintiff, regarding this motion and that Plaintiff assents thereto.

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by first-class mail on April 29, 2005.

_Joseph P. Mingolla_

- 2 -