UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CENTER CAPITAL CORPORATION,

                      Plaintiff,

v.

AERO REALTY TRUST and
JEFFREY S. GOLDBERG, Individually and as
Trustee of Aero Realty Trust,

                      Defendants.

Civil Action
No. 05-CV-10219-DPW

---

## ASSENTED-TO MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants in the above-captioned matter respectfully move for an enlargement of time, up to and including July 12, 2005, in which to answer, move or otherwise respond to the Complaint. As grounds therefor, Defendants state as follows:

1. The ongoing bankruptcy proceedings of non-party Aero Plastics, Inc. – identified in paragraph 4 of plaintiff's complaint – are expected to produce a ruling with respect to the proposed assumption (pursuant to Section 365 of the Bankruptcy Code) of the leases that form the basis of plaintiff's claim.[1]

2. Awaiting the results of the additional Bankruptcy Court hearings will avoid the needless expenditure of resources on the part of the litigants and this Court.

3. The parties have agreed that, if before July 12, 2005, Plaintiff determines that resolution of this matter is no longer feasible, Plaintiff will so advise Defendants and Defendants

---

[1] The Aero Plastics bankruptcy is currently pending in the United States Bankruptcy Court for the

126475.1

will answer, move or otherwise respond to the Complaint within fourteen (14) days of such notice.

    4.    Plaintiff assents to this Motion.

WHEREFORE, Defendants request that they be granted an enlargement of time, up to and including July 12, 2005, in which to respond to the Complaint.

> AERO REALTY TRUST and
> JEFFREY S. GOLDBERG, Individually and as Trustee of Aero Realty Trust
>
> By their attorneys,
>
> */s/ Joseph P. Mingolla*
> Joseph P. Mingolla (BBO# 631287)
> PALMER & DODGE LLP
> 111 Huntington Avenue
> Boston, MA 02199
> (617) 239-0100

May 13, 2005

## Local Rule 7.1(A)(2) Certification

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred telephonically with Kenneth T. Rubinstein, counsel for Plaintiff, regarding this motion and that Plaintiff assents thereto.

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by first-class mail on May 13, 2005.

*/s/ Joseph P. Mingolla*

Northern District of Georgia.

- 2 -

126475.1