UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTER CAPITAL CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AERO REALTY TRUST and JEFFREY S. )<br>GOLDBERG, Individually and as Trustee )<br>of Aero Realty Trust )<br>)<br>Defendant. ) | Case No. 05-CV-10219-DPW<br><br>**JOINT STATEMENT,<br>DISCOVERY PLAN, AND<br>INITIAL SCHEDULING<br>CONFERENCE AGENDA** |

The Plaintiff, Center Capital Corporation ("CCC"), and the Defendants, Aero Realty Trust ("Aero") and Jeffrey S. Goldberg, Individually and as Trustee of Aero Realty Trust ("Goldberg") (collectively, the "Defendants") hereby provide this Joint Statement, Discovery Plan, and Initial Scheduling Conference Agenda pursuant to FRCP 16, 26(f) and Local Rule 16.1.

JOINT STATEMENT AND SCHEDULING ORDER

A.   PLAINTIFF'S THEORY OF LIABILITY

The Plaintiff contends that the Defendants breached their obligations under a "Continuing Guaranty" agreement, following the loan principal's default on an equipment lease agreement.

B.   DEFENDANTS' THEORY OF DEFENSE

The Defendants do not dispute the enforceability of the promissory note. The Defendants do dispute the amount of damages claimed, as the Defendants contend that payments under the lease have resumed.

C.  DAMAGES:

The Plaintiff contends that it has incurred money damages in the amount of $731,981.08 for unpaid lease payments, plus attorneys' fees and other collection/repossession expenses.

D.  DEMAND:

The Plaintiff has demanded full payment of all outstanding amounts described above (less the amount of any payments that CCC has received since filing its Complaint). This amount totals $758,531.74. The Defendants received the Plaintiff's written settlement demand on July 28, 2005.

E.  OFFER:

The Defendants have not made any offer to date.

F.  JURISDICTIONAL QUESTIONS:

The parties are unaware of any jurisdictional questions at this time.

G.  QUESTIONS OF LAW:

Whether the Defendants breached their contract by failing to make the required lease payments.

H.  TYPE OF TRIAL:

Both the Plaintiff and Defendants request a jury trial.

## DISCOVERY

A.  TRACK ASSIGNMENT:

Plaintiff will be filing a Motion for Summary Judgment shortly.

The parties jointly propose that this case be placed on the standard track, contemplating a trial approximately twelve (12) months from the date of this Order.

B. DISCOVERY NEEDED:

The amounts of damages claimed.

C. MANDATORY DISCLOSURES (Fed. R. Civ. P. 26(a)(1)):

Based upon the parties' agreement to abide by the terms described herein, the parties have agreed that neither party needs to make these initial disclosures. The parties agree to proceed with normal discovery pursuant to the deadlines set forth in this Discovery Plan.

D. COMPLETION OF DISCOVERY:

All discovery shall be commenced in time to be completed by June 1, 2006. The parties do not believe that a separate date is necessary in this case for early discovery issues.

E. INTERROGATORIES:

A maximum of thirty (30) interrogatories and thirty (30) document requests may be given by each party to the other party. Responses are due forty-five (45) days after service. Upon leave of the Court, for good cause shown, any party may serve additional interrogatories or document requests.

F. REQUESTS FOR ADMISSION:

A maximum of thirty (30) requests for admission by any party to any other party. Responses are due thirty (30) days after service.

G. DEPOSITIONS:

A maximum number of five (5) depositions by the Plaintiff and five (5) depositions by the Defendants. Each deposition shall be limited to a maximum of eight (8) hours unless otherwise extended by agreement of the parties. Upon leave of the Court, for good cause shown, any party may take additional depositions or seek additional hours for the deposition examination, over the agreed upon eight hour limit.

H.  DATES OF DISCLOSURE OF EXPERTS AND EXPERTS' WRITTEN REPORTS AND SUPPLEMENTATIONS:

CCC shall forward expert disclosures and reports to Aero and Goldberg by December 1, 2005.

Aero and Goldberg shall forward expert disclosures and reports to CCC by January 1, 2006.

CCC shall forward all rebuttal expert disclosures and reports to Aero and Goldberg by February 1, 2006.

Aero and Goldberg shall forward all rebuttal expert disclosures and reports to CCC by March 1, 2006.

Disclosures to follow Rule 26(a)(2)(b) of the Federal Rules of Civil Procedure. Supplementation under Fed. R. Civ. P. 26(e) due from CCC by March 1, 2006 and from Aero and Goldberg by April 1, 2006.

I.  CHALLENGES TO EXPERT TESTIMONY:

The parties shall make challenges to expert testimony by no later than forty-five (45) days prior to trial.

## OTHER ITEMS

A.  JOINDER OF ADDITIONAL PARTIES:

To be determined.

B.  THIRD-PARTY ACTIONS:

To be determined.

C.  AMENDMENT OF PLEADINGS:

To be determined.

D. **DISPOSITIVE MOTIONS:**

All dispositive motions shall be filed by <u>May 1, 2006</u>.

E. **SETTLEMENT POSSIBILITIES:**

The possibility of settlement in this case is uncertain. The Parties agree to deliver copies of their Rule 16.1(d)(3) certification with the courtesy copy to the Court.

F. **JOINT STATEMENT REGARDING MEDIATION:**

A joint statement regarding the suitability of this case for mediation shall be filed with the Court by <u>November 1, 2005</u>.

G. **WITNESSES AND EXHIBITS:**

Witness and Exhibits Lists shall be due ten (10) days before the final pretrial conference.

H. **TRIAL ESTIMATE:**

The parties estimate a two (2) to three (3) day trial.

I. **TRIAL DATE:**

This case should be ready for trial by <u>August 1, 2006</u>.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| CENTER CAPITAL CORPORATION | AERO REALTY TRUST and JEFFREY S. GOLDBERG, individually and as trustee of Aero Realty Trust |
| By its attorneys: | By their attorneys: |
| /s/ Kenneth E. Rubinstein | /s/ Joseph P. Mingolla |
| Kenneth E. Rubinstein, Esq. (BBO # 641226) Nelson, Kinder, Mosseau & Saturley, P.C. 99 Middle Street Manchester, NH  03101 (603) 647-1800 | Joseph P. Mingolla, Esq. (BBO# 631287) Palmer & Dodge, LLP 111 Huntington Ave Boston, MA 02199 (617) 239-0100 |

Dated: July 28, 2005