UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTER CAPITAL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 05-CV-10219 DPW |
| v. ) | |
| ) | |
| AERO REALTY TRUST and JEFFREY S. ) | |
| GOLDBERG, Individually and as Trustee ) | |
| of Acro Realty Trust ) | |
| ) | |
| Defendant. ) | |

**CENTER CAPITAL'S RULE 16.1 ATTORNEY-CLIENT CERTIFICATION**

Now comes the Plaintiff, Center Capital Corporation ("Center Capital") and its counsel pursuant to Local Rule 16.1(d)(3) affirming that Center Capital and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: 7/28/05

_____
Amy B. Levy, Esq.
Authorized Representative for
Center Capital Corporation

_____
Kenneth E. Rubinstein (BBO#641226)
Nelson Kinder Mosseau & Saturley, P.C.
99 Middle Street
Manchester, NH 03101
(603) 647-1800