UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTER CAPITAL CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AERO REALTY TRUST and<br>JEFFREY S. GOLDBERG, Individually and as<br>Trustee of Aero Realty Trust,<br><br>　　　　　　　　　　Defendants. | Civil Action<br>No.  05-CV-10219-DPW |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties to this action stipulate that this case be dismissed without prejudice and without costs.  The parties further stipulate that the pre-judgment writs of attachment obtained by Plaintiff against the Defendants are hereby dissolved.
.

| | |
|---|---|
| /s/ Kenneth T. Rubinstein<br>Kenneth T. Rubinstein (BBO# 641226)<br>NELSON KINDER MOSSEAU &<br>　　　　SATURLEY, PC<br>99 Middle Street<br>Manchester, NH  03101<br>(603) 647-1800<br><br>*Attorney for Plaintiff* | /s/ Joseph P. Mingolla<br>Joseph P. Mingolla (BBO# 631287)<br>PALMER & DODGE, LLP<br>111 Huntington Avenue<br>Boston, MA  02199-7613<br>(617) 239-0100<br><br>*Attorney for Defendants* |

September 28, 2005

255512.1